THOMAS E. FRANKOVICH (State Bar No. 074414)
KRISTINA M. WERTZ (State Bar No. 235441)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900

*E-filed 8/24/05*

Attorneys for Plaintiffs
PATRICK CONNALLY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>PLEASURE POINT WINE & SPIRITS; PETER H. ALLISON and CELENA ALLISON, dba PLEASURE POINT WINE & SPIRITS,<br><br>        Defendants. | **CASE NO. C05-1751 HRL**<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS PETER H. ALLISON AND CELENA ALLISON TO RESPOND TO COMPLAINT** |

Plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, through their undersigned counsel, and *Pro per* defendants PETER H. ALLISON and CELENA ALLISON, dba PLEASURE POINT WINE & SPIRITS stipulate as follows:

///

STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANTS
PETER H. ALLISON AND CELENA ALLISON TO RESPOND TO COMPLAINT

1

1      1.     Defendant PETER H. ALLISON is granted an extension of time to and

2  including September 1, 2005 to answer or otherwise respond to plaintiffs' complaint.

3      2.     In the event defendant PETER H. ALLISON files a motion in lieu of an answer

4  to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45

5  days from the filing of said motion.

6      3.     Defendant CELENA ALLISON is granted an extension of time to and including

7  September 1, 2005 to answer or otherwise respond to plaintiffs' complaint.

8      4.     In the event defendant CELENA ALLISON files a motion in lieu of an answer

9  to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45

10  days from the filing of said motion.

11      5.     Defendants will comply with any and all due dates dictated by the Federal Rules

12  of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court

13  prior to the date on which defendant's responsive pleading is due hereunder.

14      This Stipulation may be executed in faxed counterparts, all of which together shall

15  constitute one original document.

16      IT IS SO STIPULATED.

17

18  DATED: August 12, 2005      THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*

19

20                              By: _____ /s/ _____

21                                  Kristina M. Wertz
                                    Attorneys for Plaintiffs NICOLE MOSS and
                                    DISABILITY RIGHTSENFORCEMENT,

22                                  EDUCATION SERVICES:HELPING YOU
                                    HELP OTHERS

23

24  DATED: August 12, 2005      DUNLAP & BURDICK

25

26                              By: _____ /s/ _____

27                                  Paul P. Burdick
                                    Attorneys for Defendants PETER H. ALLISON and

28                                  CELENA ALLISON, dba PLEASURE POINT
                                    WINE & SPIRITS

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
PETER H. ALLISON AND CELENA ALLISON TO RESPOND TO COMPLAINT                    2

1

2   **ORDER**

3   Defendants PETER H. ALLISON and CELENA ALLISON are hereby granted an

4   extension of time to and including ~~August 15~~ September 1, 2005 to answer or otherwise respond to

5   plaintiffs' complaint.

6   IT IS SO ORDERED.

7   DATED: ___8/24___, 2005

8                                       By:_____
                                        Hon. Mag. Judge Howard R. Lloyd
9                                       UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANTS
PETER H. ALLISON AND CELENA ALLISON TO RESPOND TO COMPLAINT                    3