1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*               *E-filed 9/26/05*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs
6  NICOLE MOSS
   and DISABILITY RIGHTS,
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10

11

12               UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14  NICOLE MOSS, an individual; and              ) CASE NO. C05-1751 HRL
    DISABILITY RIGHTS, ENFORCEMENT, )
15  EDUCATION, SERVICES: HELPING    ) STIPULATION AND [PROPOSED]
    YOU HELP OTHERS, a California public ) ORDER TO CONTINUE THE CASE
16  benefit corporation,                         ) MANAGEMENT CONFERENCE
                                                 )
17        Plaintiffs,                            )
                                                 )
18  v.                                           )
                                                 )
19  PLEASURE POINT WINE & SPIRITS; )
    PETER H. ALLISON and CELENA    )
20  ALLISON, dba PLEASURE POINT WINE )
    & SPIRITS,                                   )
21                                               )
          Defendants.                            )
22  _____)

23
          Plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION
24
    SERVICES, and defendants PETER H. ALLISON and CELENA ALLISON, dba PLEASURE
25
    POINT WINE & SPIRITS, stipulate and respectfully request as follows:
26
          1.    WHEREAS the current Case Management Conference was re-set to take place
27
    before the Honorable Howard R. Lloyd in Courtroom No. 2 on September 27, 2005; and
28

2.     WHEREAS Kristina Wertz, the attorney who, until last week, managed the action on behalf of plaintiffs, has left The Frankovich Group; and

3.     WHEREAS the matter was thereafter reassigned to another attorney to oversee the daily management; and

4.     WHEREAS Julia Adams, the attorney now assigned to this matter on behalf of plaintiffs, is informed that defendants wish to attempt to resolve this matter informally before incurring any unnecessary costs; and

5.     WHEREAS the parties do not wish to burden the Court's time if this matter can be resolved informally;

6.     The parties stipulate and respectfully request that the Case Management Conference be continued to October 25, 2005, or a date thereafter as is convenient for the Court. If unresolved by that time, the Joint Case Management Statement shall be filed with the Court no later than seven days prior to the Case Management Conference.

Dated: September 21, 2005            THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:     /s/
    Julia M. Adams
Attorneys for Plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

///
///
///
///
///
///
///

STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE THE CASE MANAGEMENT
CONFERENCE            Case No. C05-1751 HRL     -2-

1  Dated: September 21, 2005         DUNLAP & BURDICK

2

3                                        By:    /s/

4                                              Paul P. Burdick
Attorneys for Defendants PETER H. ALLISON and CELENA ALLISON, dba PLEASURE POINT WINE & SPIRITS

5

6

7                                                    **ORDER**

8        IT IS ORDERED that the Case Management Conference currently on calendar for

9 September 27, 2005, is VACATED and continued to October 25, 2005, ~~or a date thereafter as is~~

10 ~~convenient for the Court.~~ A Joint Case Management Statement shall be filed with the Court no

11 later than seven days prior to the Case Management Conference.

12

13

14

15 Dated:     9/26    , 2005                 /s/ Howard R. Lloyd

16                                             Hon. Howard R. Lloyd
United States Magistrate Judge